## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JUL -1 PM 12: 50

| UNITED STATES OF AMERICA, | CASE NO. 11CR2104-L |
| --- | --- |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| DANIEL RIVERA-TORRES (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (11CR2591-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) of the Information:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 27, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE